**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

May 26, 2015

Hon. Thomas Kelley
Assistant District Attorney
801 W. Division
Orange, TX 77630
* DELIVERED VIA E-MAIL *

Hon.  Stephen Carlton
Orange County Courthouse
801 Division Street
Orange, TX 77630
* DELIVERED VIA E-MAIL *

Hon. Bryan Laine
1045 South Redwood
Kountze, TX 77625
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00191-CR
Tr.Ct.No. E105654
Style:    Salma Monala-Khalil v. The State of Texas


        The above-referenced cause has been set for submission without oral argument on Tuesday, June 16, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Gina M. Benavides and Justice Gregory T. Perkes.

                        Very truly yours,

                        Dorian E. Ramirez, Clerk

DER:ch